IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASIR MATEEN RAZZAK,                )
                                    )
            Petitioner,              )
                                    )
    v.                              )        1:16CV1042
                                    )
JACK CLELLAND, et al.,              )
                                    )
            Respondents.            )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 12, 2016, was served on the parties in this action. (ECF Nos. 2, 3.) Petitioner filed an objection to the Magistrate Judge's Recommendation. (ECF No. 4.) The Court has made a *de novo* determination in accord with the Magistrate Judge's Recommendation, and therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and dismissed *sua sponte* without prejudice to Petitioner filing a new petition that corrects the defects of the current Petition. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 7th day of October, 2016.

                            /s/ Loretta C. Biggs
                            United States District Judge